**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA KENNEDY,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOUG SPRING, in his official capacity as Director of Human Resources at UMC; GLEN MACINTYRE, individually and in his official capacity as Director of Risk Management at UMC; STEVE WINKLE, individually and in his official capacity as Licensed Clinical Social Worker at UMC,<br><br>        Defendant. | Case No. 2:14-cv-01678-RFB-PAL<br><br>**ORDER**<br><br>**Request for Exception of Appearance** |

       This matter is before the Court on the letter to Judge Foley from Jeffrey Pitegoff (#17), filed on April 10, 2015. Plaintiff was instructed to file any objection by April 17, 2015. No objection was filed.

       Defendant UMC requests relief from attendance of the upcoming Early Neutral Evaluation Conference scheduled for May 21, 2015. UMC, as a public entity, requires the County Commissioners' approval before a matter may be resolved. Defendant UMC will have Doug Spring, the Director of Human Resource Operations for UMC, as its representative at the ENE conference. Mr. Spring will present any potential resolution to the Commissioners on behalf of UMC. Defendant has sufficiently established good cause for this waiver to be granted. Accordingly,

. . .

. . .

. . .

. . .

1    **IT IS HEREBY ORDERED** that Doug Spring will be allowed to represent UMC at the Early
2    Neutral Evaluation Hearing on May 21, 2015.
3    **DATED** this 21st day of April, 2015.

                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge