DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA KENNEDY, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOUG SPRING, in his official capacity as Director of Human Resources at UMC; GLEN MACINTYRE, individually and in his official capacity as Director of Risk Management at UMC; STEVE WINKLE, individually and in his official capacity as Licensed Clinical Social Worker at UMC; DOES I-V; ROES VI-X,<br><br>                    Defendants. | Case No: 2:14-cv-01678-RFB-(PAL)<br><br><br>**STIPULATION AND ORDER REGARDING DEPOSITION OF**<br>**<u>JEFFREY I. PITEGOFF, ESQ.</u>** |

Plaintiff Patricia Kennedy, by and through her attorney, Dan M. Winder, Esq. of the Law Office of Dan M. Winder, P.C., and Defendants University Medical Center, Doug Spring, Glen MacIntyre, Steve Winkle, by and through their attorney, Jeffrey I. Pitegoff, Esq., hereby stipulate

and agree:

1. The deposition of Jeffrey I. Pitegoff, Esq. currently set for December 23, 2015 at 12:00 P.M. is vacated pending resolution of Defendants' Motion to Quash the Notice of Deposition of Counsel, Jeffrey I. Pitegoff, Esq., Motion to Strike the Identification of Jeffrey I. Pitegoff, Esq. As A Named Witness and Request for Discovery Sanctions (Dkt. #29).

2. In the event the Court allows Mr. Pitegoff's deposition, counsel will work together to choose a mutually agreeable date for Mr. Pitegoff within 15 days of the Court order, unless Mr. Pitegoff is in trial. In the event Mr. Pitegoff is in trial, the parties will choose a mutually agreeable date after his trial, but, in any event, the deposition will take place no less than 15 days before the deadline set for filing dispositive motions.

DATED this 16th day of December, 2015

LAW OFFICE OF DAN M. WINDER, P.C.

By: /s/ Scott C. Dorman
    DAN M. WINDER, ESQ.
    Nevada Bar No. 1569
    SCOTT C. DORMAN, ESQ.
    Nevada Bar No. 13108
    3507 W Charleston
    Las Vegas, Nevada 89118
    Telephone: (702) 474-0523
    *Attorneys for Plaintiff*

DATED this 16th day of December, 2015

MORRIS, SULLIVAN, LEMKUL & PITEGOFF

By: /s/ Jeffrey I. Pitegoff
    JEFFREY I. PITEGOFF, ESQ.
    Nevada Bar No. 5458
    DANIEL S. CEREGHINO, ESQ.
    Nevada Bar No. 11534
    3770 Howard Hughes Parkway, Suite 170
    Las Vegas, Nevada 89169
    Telephone: (702) 405-8100
    *Attorney for Defendants*

**ORDER**

IT IS SO ORDERED this 21st day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 16th day of December, 2015, I served the foregoing **STIPULATION AND ORDER REGARDING DEPOSITION OF JEFFREY I. PITEGOFF, ESQ.** on counsel as follows:

E-Service pursuant to LR 5-4:

Jeffrey I. Pitegoff, Esq.
Nevada State Bar No. 5458
Daniel S. Cereghino, Esq.
Nevada State Bar No. 11534
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Tel: (702) 405-8100; Fax: (702) 405-8101
pitegoff@morrissullivanlaw.com

*Attorney for Defendants University Medical Center,
Doug Spring, Glen MacIntyre, and Steve Winkle*

_____/s/ Kristina Miletovic_____
Employee of the Law Office of Dan M. Winder P.C.