DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA KENNEDY, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOUG SPRING, in his official capacity as Director of Human Resources at UMC; GLEN MACINTYRE, individually and in his official capacity as Director of Risk Management at UMC; STEVE WINKLE, individually and in his official capacity as Licensed Clinical Social Worker at UMC; DOES I-V; ROES VI-X,<br><br>                          Defendants. | Case No: 2:14-cv-01678-RFB-(PAL)<br><br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO SUMMARY JUDGMENT MOTION** |

Plaintiff Patricia Kennedy, by and through her attorney, Dan M. Winder, Esq. of the Law

1

Office of Dan M. Winder, P.C., and Defendants University Medical Center, Doug Spring, Glen MacIntyre, Steve Winkle, by and through their attorney, Jeffrey I. Pitegoff, Esq., hereby stipulate and agree:

1. The deadline for the Plaintiff's response to the Defendants' motion for summary judgment (DKT. 50) is hereby extended to March 4, 2016.
2. The deadline for the Defendant's reply to the Plaintiff's response to the Defendants' motion for summary judgment is hereby extended a corresponding 4 days.

The above stipulation is based on the following:

1. Defendant filed a motion for summary judgment on February 5, 2016.
2. This is the first request for an extension of time to respond to these motions.
3. That the Plaintiff and Defendant have stipulated that an extension is in order.
4. That the Defendant's motion for Summary Judgment is voluminous. It is 31 pages long.
5. That the Plaintiff's attorney, Mr. Dan M. Winder, Esq., has a personal emergency that is requiring his attention to wit: 1) his widowed aunt suffered a fall with brain injury, 2) she has been hospitalized and is now at a hospice, 3) she has been removed from all life support and feeding tubes, 4) and the family is awaiting her death, 5) because his aunt had no children and was widowed, Mr. Winder has taken on a primary role during this process to her death. Mr. Winder's attentions have been required on dealing with his aunt's circumstances over the past 15 days, which has prevented him from giving this answer it full attention.
6. That Mr. Winder, and his office, is scheduled for trial in State court in the case of State of Nevada vs. Robert Sharpe III (a copy of the docket is attached), said trial to begin on Tuesday the 1st of March, 2016. That Mr. Winder is court appointed in that matter and must take the lead

role in defending the matter. That Mr. Winder's client is facing 16 felony charges with a maximum penalty of life without parole. That Mr. Winder, when not attending to his aunt's matters, expects to be consumed with preparation of this weighty state matter.

10. This is a good faith request made not for the purpose of delay.

Accordingly, Plaintiff requests that time to respond the Motions for Summary Judgment #50 be extended to the 4th day of March, 2016, and the Defendant's reply be extended a corresponding 4 days.

DATED this 26th day of February, 2016

LAW OFFICE OF DAN M. WINDER, P.C.

By: /s/ Scott C. Dorman
DAN M. WINDER, ESQ.
Nevada Bar No. 1569
SCOTT C. DORMAN, ESQ.
Nevada Bar No. 13108
3507 W Charleston
Las Vegas, Nevada 89118
Telephone: (702) 474-0523
*Attorneys for Plaintiff*

DATED this 26th day of February, 2016

MORRIS, SULLIVAN, LEMKUL & PITEGOFF

By: /s/ Jeffrey I. Pitegoff
JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 5458
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 11534
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Telephone: (702) 405-8100
*Attorney for Defendants*

IT IS SO ORDERED this  2nd  day of        March        , 2016  .

RICHARD F. BOULWARE, II
United States District Judge

## CERTIFICATE OF SERVICE

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the _____th day of _____, 2016, I served the foregoing **STIPULATION AND ORDER REGARDING THE DEADLINES FOR RESPONSE AND REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** as follows:

E-Service pursuant to LR 5-4:

Jeffrey I. Pitegoff, Esq.
Nevada State Bar No. 5458
Daniel S. Cereghino, Esq.
Nevada State Bar No. 11534
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Tel: (702) 405-8100; Fax: (702) 405-8101
pitegoff@morrissullivanlaw.com

*Attorney for Defendants University Medical Center,
Doug Spring, Glen MacIntyre, and Steve Winkle*

_____
Employee of the Law Office of Dan M. Winder P.C.

4

Skip to Main Content  Logout  My Account  My Cases  Search Menu  New District Criminal Search  Refine Search  Back    Location : District Court Criminal    Images  Help

# REGISTER OF ACTIONS
## CASE NO. C-14-301364-1

| | | |
|---|---|---|
| State of Nevada vs Robert Sharpe, III | § § § § § § § § § | Case Type: **Felony/Gross Misdemeanor** <br> Date Filed: **10/03/2014** <br> Location: **Department 2** <br> Cross-Reference Case Number: **C301364** <br> Defendant's Scope ID #: **1963406** <br> Grand Jury Case Number: **13BGJ160** <br> ITAG Case ID: **1635222** |

---

### RELATED CASE INFORMATION

**Related Cases**
C-14-301364-2 (Multi-Defendant Case)

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| **Defendant** | Sharpe, Robert, III <br> 2502 SPANISH FORK <br> NORTH LAS VEGAS, NV 89031 <br> SID: NV1963406 <br> Other Agency Numbers <br>   1963406 Justice Court Scope ID Subject Identifier, XJ90C1BE XID Subject Identifier, 1963406 Scope ID Subject Identifier | Male <br> 5' 8", 160 lbs | **Lead Attorneys** <br> **Arnold Weinstock, ESQ** <br> *Retained* <br> 702-474-0631(W) |
| **Plaintiff** | **State of Nevada** | | **Steven B Wolfson** <br> 702-671-2700(W) |

---

### CHARGE INFORMATION

| Charges: Sharpe, Robert, III | Statute | Level | Date |
|---|---|---|---|
| 1. CONSPIRACY TO COMMIT SEX TRAFFICKING | 201.300.2 | Felony | 03/01/2014 |
| 2. SEX TRAFFICKING | 201.300.2 | Felony | 03/01/2014 |
| 3. LIVING FROM THE EARNINGS OF A PROSTITUTE | 201.320 | Felony | 03/01/2014 |
| 4. CONSPIRACY TO COMMIT KIDNAPPING | 200.310.1 | Felony | 03/01/2014 |
| 6. FIRST DEGREE KIDNAPPING WITH USE OF A DEADLY WEAPON RESULTING IN SUBSTANTIAL BODILY HARM | 200.310.1 | Felony | 03/01/2014 |
| 6. BATTERY WITH USE OF A DEADLY WEAPON RESULTING IN SUBSTANTIAL BODILY HARM | 200.481.2e2 | Felony | 03/01/2014 |
| 7. BATTERY WITH USE OF A DEADLY WEAPON | 200.481.2e1 | Felony | 03/14/2014 |
| 8. BATTERY WITH USE OF A DEADLY WEAPON REULTING IN SUBSTANTIAL BODILY HARM | 200.481.2e2 | Felony | 03/01/2014 |
| 9. BATTERY WITH USE OF A DEADLY WEAPON RESULTING IN SUBSTANTIAL BODILY HARM | 200.481.2e2 | Felony | 03/01/2014 |
| 10. BATTERY BY STRANGULATION | 200.481.2b | Felony | 03/01/2014 |
| 11. FIRST DEGREE KIDNAPPING | 200.310.1 | Felony | 03/01/2014 |
| 11. ASSAULT WITH USE OF A DEADLY WEAPON | 200.471.2b | Felony | 03/01/2014 |
| 12. MAYHEM WITH USE OF A DEADLY WEAPON | 200.280 | Felony | 03/01/2014 |
| 13. INVOLUNTARY SERVITUDE WITH SUBSTANTIAL BODILY HARM | 200.463.2a | Felony | 03/01/2014 |
| 14. FIRST DEGREE KIDNAPPING RESULTING IN SUBSTANTIAL BODILY HARM WITH USE OF A DEADLY WEAPON | 200.310.1 | Felony | 03/01/2014 |
| 15. CONSPIRACY TO PREVENT OR DISSUADE A WITNESS OR VICTIM FROM REPORTING A CRIME OR COMMENCING PROSECUTI | 199.480.3 | Gross Misdemeanor | 03/01/2014 |
| 16. PREVENTING OR DISSUADING WITNESS OR VICTIM FROM REPORTING CRIME OR COMMENCING PROSECUTION | 199.305 | Felony | 03/01/2014 |
| 17. CONSPIRACY TO PREVENT OR DISSUADE A WITNESS OR VICTIM FROM REPORTING A CRIME OR COMMENCING *...* | 199.480.3 | Gross Misdemeanor | 03/01/2014 |
| 18. PREVENTING OR DISSUADING WITNESS OR VICTIM FROM REPORTING CRIME OR COMMENCING PROSECUTION | 199.305 | Felony | 03/01/2014 |

---

### EVENTS & ORDERS OF THE COURT

| | DISPOSITIONS |
|---|---|
| 01/22/2015 | (Judicial Officer: Silver, Abbi) <br>   11. FIRST DEGREE KIDNAPPING |

| | |
|---|---|
| | Dismissed |
| 01/22/2015 | (Judicial Officer: Silver, Abbi) |
| | 6. FIRST DEGREE KIDNAPPING WITH USE OF A DEADLY WEAPON RESULTING IN SUBSTANTIAL BODILY HARM |
| | Dismissed |
| 02/04/2015 | (Judicial Officer: Silver, Abbi) |
| | 17. CONSPIRACY TO PREVENT OR DISSUADE A WITNESS OR VICTIM FROM REPORTING A CRIME OR COMMENCING *...* |
| | Amended Information Filed/Charges Not Addressed |
| | 18. PREVENTING OR DISSUADING WITNESS OR VICTIM FROM REPORTING CRIME OR COMMENCING PROSECUTION |
| | Amended Information Filed/Charges Not Addressed |

| | OTHER EVENTS AND HEARINGS |
|---|---|
| 10/03/2014 | **Indictment** |
| | *Indictment* |
| 10/03/2014 | **Warrant** |
| | *Indictment Warrant* |
| 10/03/2014 | **Indictment Warrant Return** (11:45 AM) (Judicial Officer Togliatti, Jennifer) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 10/06/2014 | **Indictment Warrant Return** |
| 10/08/2014 | **Media Request and Order** |
| | *Media Request And Order Allowing Camera Access To Court Proceedings* |
| 10/09/2014 | **Initial Arraignment** (9:00 AM) (Judicial Officer Silver, Abbi) |
| 10/09/2014 | **Indictment Warrant Return** (9:00 AM) (Judicial Officer Silver, Abbi) |
| 10/09/2014 | **All Pending Motions** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | Parties Present |
| | Minutes |
| | Result: Plea Entered |
| 10/13/2014 | **Media Request and Order** |
| | *Media Request And Order Allowing Camera Access To Court Proceedings* |
| 10/14/2014 | **Motion** |
| | *Motion for Setting of Reasonable Bail* |
| 10/17/2014 | **Transcript of Proceedings** |
| | *Reporter's Transcript of Proceedings, Grand Jury Hearing, October 2, 2014* |
| 10/21/2014 | **Motion for Own Recognizance Release/Setting Reasonable Bail** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Defendant's Motion for Setting of Reasonable Bail* |
| | Parties Present |
| | Minutes |
| | Result: Denied |
| 10/21/2014 | **Opposition** |
| | *State's Opposition to Defendant's Motion For The Setting Or Reasonable Bail Filed Under Seal* |
| 10/23/2014 | **Media Request and Order** |
| | *Media Request And Order Allowing Camera Access To Court Proceedings* |
| 10/23/2014 | **Media Request and Order** |
| | *Media Request And Order Allowing Camera Access To Court Proceedings* |
| 10/28/2014 | **Stipulation and Order** |
| | *Stipulation and Order for Extention of Deadline to File PreTrial Writ of Habeas Corpus* |
| 11/07/2014 | **Petition** |
| | *Petition for Writ of Habeas Corpus* |
| 11/19/2014 | **Order** |
| | *Order* |
| 11/20/2014 | **Return** |
| | *State's Return to Writ of Habeas Corpus* |
| 11/21/2014 | **Writ** |
| | *Writ of Habeas Corpus* |
| 01/15/2015 | **Notice of Witnesses and/or Expert Witnesses** |
| | *Notice of Witnesses and/or Expert Witnesses* |
| 01/16/2015 | **Reply** |
| | *Defendant's Reply to the State's Return to the Writ of Habeas Corpus* |
| 01/16/2015 | **Reply** |
| | *Defendant's Reply to the State's Return to the Writ of Habeas Corpus* |
| 01/22/2015 | **Petition for Writ of Habeas Corpus** (9:00 AM) (Judicial Officer Ames, Jack B.) |
| | Parties Present |
| | Minutes |
| | 01/20/2015 Reset by Court to 01/22/2015 |
| | Result: Granted in Part |
| 01/27/2015 | **Notice of Motion** |
| | *Notice of Motion and Motion to Prohibit Disclosure of Victim's Address* |
| 02/04/2015 | **Amended Indictment** |
| | *Amended Indictment* |
| 02/13/2015 | **Opposition** |
| | *Defendant's Opposition to State's Motion to Prohibit Disclosure of Victim's Address* |
| 02/17/2015 | **Motion** (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | **02/17/2015, 02/19/2015, 04/02/2015, 04/09/2015, 05/21/2015** |
| | *Notice of Motion and Motion to Prohibit Disclosure of Victim's Address* |

| | |
|---|---|
| | Parties Present |
| | Minutes |
| |    04/30/2015 Reset by Court to 05/21/2015 |
| | Result: Continued |
| 02/19/2015 | **Calendar Call** (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | Result: Set Status Check |
| 02/19/2015 | **Status Check** (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | **02/19/2015, 04/02/2015, 04/09/2015** |
| | *Status Check: New Counsel* |
| | Result: Continued |
| 02/19/2015 | **All Pending Motions** (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 02/20/2015 | **Media Request and Order** |
| | *Media Request And Order Allowing Camera Access To Court Proceedings* |
| 02/23/2015 | CANCELED   **Jury Trial** (9:00 AM) (Judicial Officer Silver, Abbi) |
| | *Vacated - per Judge* |
| 03/31/2015 | **Reply** |
| | *State's Reply to Defendant's Opposition to State's Motion to Prohibit Disclosure of Victim's Address* |
| 04/02/2015 | **Status Check** (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | **04/02/2015, 04/09/2015** |
| | *Status Check: Resetting Trial* |
| | Result: Continued |
| 04/02/2015 | **All Pending Motions** (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | *Status Check: Resetting Trial, Status Check: New Counsel and Notice of Motion and Motion to Prohibit Disclosure of Victim's Address* |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 04/09/2015 | **All Pending Motions** (9:00 AM) (Judicial Officer Bonaventure, Joseph T.) |
| | *Status Check: Resetting Trial, Status Check: New Counsel and Notice of Motion and Motion to Prohibit Disclosure of Victim's Address* |
| | Parties Present |
| | Minutes |
| | Result: Decision Made |
| 04/13/2015 | **Substitution of Attorney** |
| | *Substitution Attorneys* |
| 05/04/2015 | **Case Reassigned to Department 2** |
| | *Case reassigned from Judge Abbi Silver Dept 15* |
| 08/18/2015 | **Motion** |
| | *Motion to Withdraw as Counsel of Record* |
| 08/26/2015 | **Receipt of Copy** |
| | *Receipt of Copy* |
| 09/01/2015 | **Motion to Withdraw as Counsel** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | *Dan M Winder's Motion to Withdraw as Counsel of Record* |
| | Parties Present |
| | Minutes |
| | Result: Motion Granted |
| 09/10/2015 | **Media Request and Order** |
| | *Media Request And Order Allowing Camera Access To Court Proceedings* |
| 09/17/2015 | CANCELED   **Calendar Call** (8:30 AM) (Judicial Officer Scotti, Richard F.) |
| | *Vacated - per Judge* |
| 09/17/2015 | **Order to Withdraw as Attorney of Record** |
| | *Order* |
| 09/21/2015 | CANCELED   **Jury Trial** (10:00 AM) (Judicial Officer Scotti, Richard F.) |
| | *Vacated - per Judge* |
| 09/29/2015 | **Status Check** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | **09/29/2015, 10/08/2015** |
| | *Status Check: Counsel* |
| | Parties Present |
| | Result: Matter Continued |
| 09/29/2015 | **Trial Setting** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | **09/29/2015, 10/08/2015** |
| | Parties Present |
| | Result: Matter Continued |
| 09/29/2015 | **All Pending Motions** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 10/08/2015 | **All Pending Motions** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | Parties Present |
| | Minutes |
| | Result: Trial Date Set |
| 10/29/2015 | **Request** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | *State's Request to Address Trial Date* |
| | Parties Present |

| Date | Event |
|---|---|
| | Minutes |
| | Result: Denied Without Prejudice |
| 11/06/2015 | **Motion** |
| | *Notice of Motion and Motion for Trial Phase Discovery* |
| 11/13/2015 | **Opposition to Motion** |
| | *State's Opposition to Defendant's Motion for Trial Phase Discovery* |
| 11/17/2015 | **Motion for Discovery** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | *Defendant's Notice of Motion and Motion for Trial Phase Discovery* |
| | Parties Present |
| | Minutes |
| | Result: Granted in Part |
| 01/27/2016 | **Ex Parte Motion** |
| | *Ex Parte Application to Declare Defendant Indigent* |
| 01/28/2016 | **Supplemental Witness List** |
| | *Supplemental Notice of Witnesses and/or Expert Witnesses* |
| 01/29/2016 | **Supplemental Witness List** |
| | *Second Supplemental Notice of Witnesses and/or Expert Witnesses [NRS 174.234]* |
| 02/09/2016 | **Calendar Call** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | Parties Present |
| | Minutes |
| |     02/11/2016 Reset by Court to 02/09/2016 |
| | Result: Trial Date Set |
| 02/16/2016 | CANCELED   **Jury Trial** (10:00 AM) (Judicial Officer Scotti, Richard F.) |
| | *Vacated* |
| 02/16/2016 | **Notice of Witnesses and/or Expert Witnesses** |
| | *Notice of Defense Witness List* |
| 02/18/2016 | **Receipt of Copy** |
| | *Receipt of Copy* |
| 02/19/2016 | **Notice of Witnesses and/or Expert Witnesses** |
| | *Notice of Expert Witnesses* |
| 02/22/2016 | **Supplemental Witness List** |
| | *Third Supplemental Notice of Witnesses and/or Expert Witnesses* |
| 02/23/2016 | **Status Check** (9:00 AM) (Judicial Officer Scotti, Richard F.) |
| | **02/23/2016, 02/25/2016** |
| |     02/16/2016 Reset by Court to 02/23/2016 |
| 02/23/2016 | **Ex Parte Motion** |
| | *Ex Parte Motion and Order to Compel Appearance of Dr. Jeffrey Lewis, Lt. Col. USAF* |
| 02/29/2016 | CANCELED   **Jury Trial** (10:00 AM) (Judicial Officer Scotti, Richard F.) |
| | *Vacated* |
| 03/01/2016 | **Jury Trial - FIRM** (11:00 AM) (Judicial Officer Scotti, Richard F.) |