SAO
DAN M. WINDER, ESQ.
Nevada State Bar. No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar. No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA KENNEDY, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOUG SPRING, in his official capacity as Director of Human Resources at UMC; GLEN MACINTYRE, individually and in his official capacity as Director of Risk Management at UMC; STEVE WINKLE, individually and in his official capacity as Licensed Clinical Social Worker at UMC; DOES I-V; ROES VI-X,<br><br>                              Defendants. | Case No:  2:14-cv-01678-RFB-PAL |

### STIPULATION AND ORDER
### FOR
### DISMISSAL WITH PREJUDICE OF INDIVIDUAL DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff PATRICIA

KENNEDY and Defendants GLEN MACINTYRE, STEVE WINKLE, and DOUG SPRING,

both individually and in their official capacity, and by Defendant UNIVERSITY MEDICAL

1

CENTER, by and through their respective undersigned counsel of record, that Defendants MACINTYRE, WINKLE, and SPRING, individually and in there official capacity be dismissed from this action with prejudice.

With respect to the dismissed defendants and Plaintiff, all parties shall bear their own costs and fees.

This STIPULATION is made by way of settlement. This stipulation does not eliminate and in no way limits or reduces PATRICIA KENNEDY's claims against defendant UMC, and that this settlement is made in good faith with respect to all parties.

DATED this 4th day of March, 2016.

LAW OFFICE OF DAN M. WINDER, P.C.

By: /s/Scott Dorman_____
      DAN M. WINDER, ESQ.
      Nevada Bar No. 1569
      SCOTT DORMAN, ESQ.
      Nevada Bar No. 13108
      3507 W. Charleston Blvd.
      Las Vegas, Nevada 89118
      Telephone: (702) 474-0523
      *Attorneys for Plaintiff*

DATED this 4th day of March, 2016.

MORRIS SULLIVAN LEMKUL
&PITEGOFF

By: /s/ Jeffery I. Pitegoff_____
      JEFFREY I. PITEGOFF, ESQ.
      Nevada Bar No. 5458
      DANIEL S. CEREGHINO, ESQ.
      Nevada Bar No. 11534
      3770 Howard Hughes Pkwy., Suite 170
      Las Vegas, Nevada 89169
      Telephone: (702) 405-8100
      *Attorney for Defendants, Winkle, Spring,*
      *and MacIntyre and UMC*

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   March 7, 2016._____

2