DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA KENNEDY, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOUG SPRING, in his official capacity as Director of Human Resources at UMC; GLEN MACINTYRE, individually and in his official capacity as Director of Risk Management at UMC; STEVE WINKLE, individually and in his official capacity as Licensed Clinical Social Worker at UMC; DOES I-V; ROES VI-X,<br><br>                    Defendants. | Case No: 2:14-cv-01678-RFB-(PAL) |

**PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO <u>OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (#50)</u>**
**Second Request**

Plaintiff Patricia Kennedy, by and through her attorney, Dan M. Winder, Esq. of the Law

1

Office of Dan M. Winder, P.C., hereby Moves this Court extend time to file a response to Defendants' Motion for Summary Judgment (#50: 02/05/16) pursuant to LR 6-1 and 7-5 on the following grounds:

The undersigned declares under penalty of perjury and certifies the following facts are true:

1. Defendants' Motion exceeds the 30 page limit imposed by LR 7-4

2. The Motion contains complex legal and factual issues which are dispositive and time consuming to address.

3. Much of the discovery, though timely sought, was not supplied until after the Motion for Summary Judgment was filed.

4. That the discovery in this matter is voluminous and requires considerable time to process.

4. That Lead Counsel, Mr. Winder, in this matter has been intimately involved with the last illness and death of his Aunt, who died without children and husband and for whom he and his sisters are the closest living relatives.

5. That the Response to the Motion was originally due on the 29th of February, was extended by court order on stipulation (#61) to the 4th of March,

6. That since the stipulation was signed, the Aunt has died,

7. Mr. Winder's personal grief and family obligations arising from the last illness and death of his Aunt are consuming much of his time and making the preparation of the extensive response required extremely difficult if not impossible. He will be able to have the response completed by the 7th of March, 2016, only 7 days after it was originally due and one business day after the 4 day extension previously granted.

8. That this is an emergency because there is insufficient time to resolve this issue in due course before the response is due.

10. That after sincere effort to do so, movant has been unable to resolve the matter without court action. Plaintiff's counsel spoke with Defendant's counsel regarding this matter

1 | just before the Stipulation and Order Regarding Response to Summary Judgment (#61) was
2 | signed on the 26th of February, 2016.

3 | 11. That this Motion is not made for delay and that no significant delay in the
4 | proceedings will result as a consequence of this one business day extension of time.

5 | 12. That on Friday, March 4, 2016, Plaintiff's attorney sent Mr. Pitegoff an email and
6 | attempted to make telephonic contact about stipulating to extend the deadline to Monday, March
7 | the 7th of March, 2016.

Dated this 4th day of March, 2016.

LAW OFFICE OF DAN M. WINDER, P.C.

*[signature]*

DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523
Fax: (702) 474-0631
*Attorneys for Plaintiff*

IT IS SO ORDERED:

*[signature]*

RICHARD F. BOULWARE, II
United States District Judge
DATED this 7th day of March, 2016.

## CERTIFICATE OF SERVICE

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 6th day of February, 2016, I served the foregoing on counsel as follows:

<u>E-Service pursuant to LR 5-4</u>:

> Jeffrey I. Pitegoff, Esq.
> Nevada State Bar No. 5458
> Daniel S. Cereghino, Esq.
> Nevada State Bar No. 11534
> MORRIS, SULLIVAN, LEMKUL & PITEGOFF
> 3770 Howard Hughes Parkway, Suite 170
> Las Vegas, Nevada 89169
> Tel: (702) 405-8100; Fax: (702) 405-8101
> pitegoff@morrissullivanlaw.com
>
> *Attorney for Defendants University Medical Center,*
> *Doug Spring, Glen MacIntyre, and Steve Winkle*

/s/ Scott D__

Employee of the Law Office of Dan M. Winder P.C.