JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Telephone No.: (702) 405-8100
Facsimile No.: (702) 405-8101
pitegoff@morrissullivanlaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRCIA KENNEDY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a UMC, a political subdivision of Nevada; DOUG SPRING, in his official capacity as Director of Human Resources at UMC; Glen MACINTYRE, individually and in his official capacity as Director of Risk Management at UMC; STEVE WINKLE, individually and in his official capacity as Licensed Clinical Social Worker at UMC; DOES I-V; ROES VI-X.<br><br>Defendants. | CASE NO: 2:14-cv-01678-RFB-PAL<br><br>**STIPULATION AND ORDER TO STAY THE CASE PENDING SETTLEMENT APPROVAL** |

Plaintiff PATRICIA KENNEDY and Defendant UNIVERSITY MEDICAL CENTER ("UMC"), by their undersigned counsel of record, hereby stipulate and agree to stay the proceedings in this case pending approval by Defendant's Governing Board of a proposed settlement.

The parties in this case have reached a tentative settlement. However, the settlement terms must be approved by Defendant University Medical Center of Southern Nevada's Governing Board (hereinafter "Board"). The Board does not meet again until January 31, 2017. As such,

1

the parties request an extension until February 14, 2018, to allow the Board to consider and adopt the proposed settlement and for the dismissal to be filed with the Court.

DATED this 15th day of January, 2018.

MORRIS, SULLIVAN, LEMKUL
& PITEGOFF

/s/ Jeffrey I. Pitegoff, Esq.
JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 5458
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169
*Attorneys for Defendant,*
*University Medical Center*

DATED this 15th day of January, 2018.

LAW OFFICE OF DAN M. WINDER, P.C.

/s/ Kristina Miletovic, Esq.
DAN M. WINDER, ESQ.
Nevada Bar No. 1569
KRISTINA MILETOVIC, ESQ.
Nevada Bar No. 14089
3507 W. Charleston Boulevard
Las Vegas, NV 89102
*Attorneys for Plaintiff,*
*Patricia Kennedy*

## ORDER

IT IS HEREBY ORDERED that the parties have until February 14, 2018 to file a Stipulation for Dismissal.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 19th day of January, 2018.

# **CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that service of the foregoing: **STIPULATION AND ORDER TO STAY THE CASE PENDING SETTLEMENT APPROVAL** was made this 15th day of January, 2018, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE:** by causing personal delivery by an employee of MORRIS SULLIVAN LEMKUL & PITETGOFF of the document(s) listed above to the person(s) at the address (es) set forth below.

[X] **BY ELECTRONIC SERVICE:** by transmitting via the Court's electronic CM-ECF filing services the document(s) listed above to the Counsel set forth below on this date pursuant to FRCP Rules.

KRISTINA MILETOVIC, ESQ.
DAN M. WINDER, ESQ
SCOTT C. DORMAN, ESQ.
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiff*

_____*/s/ Allyson Lodwick*_____
An Employee of MORRIS, SULLIVAN, LEMKUL & PITEGOFF