DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA KENNEDY, an individual,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOES I-V; ROES VI-X,<br><br>　　　　　　　　Defendants. | Case No: 2:14-cv-01678-RFB-(PAL)<br><br>**STIPULATION AND ORDER<br>TO<br>CONTINUE DEADLINE<br>TO<br>**<u>**FILE DISMISSAL DOCUMENTS**</u><br><br>**[SECOND REQUEST]** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant University Medical Center, by and through their respective undersigned counsel of record, that the parties shall have until February 28, 2018 to file dismissal documents in this matter.

　　　　The parties in this case have reached a settlement, and Defendant UMC's Governing Board has approved the settlement. The parties request a two week extension until February 28, 2018 to file dismissal paperwork due to complications in gathering settlement documents occasioned in large part to Defendant's counsel moving law firms, as some documents could have been sent to Defendant's counsel's previous office or to his temporary address. Defendant's counsel is

physically moving offices this week, his computer is not yet set up, and the parties have not been able to do an exchange of the final settlement documents. Therefore, the parties request a short two week continuance to file dismissal paperwork.

**DATED** this 14th day of February, 2018.    **DATED** this 14th day of February, 2018.

LAW OFFICE OF DAN M. WINDER, P.C.    PITEGOFF LAW OFFICE INC.

 /s/  Kristina Miletovic                                      /s/   Jeffrey I. Pitegoff                     
DAN M. WINDER, ESQ.    JEFFREY I. PITEGOFF, ESQ.
Nevada Bar Number: 1569    Nevada Bar Number: 5458
KRISTINA MILETOVIC, ESQ.    7765 W. Rosada Way
Nevada Bar Number: 14089    Las Vegas, Nevada 89149
3507 W. Charleston Blvd.    Tel: (702) 808-7976
Las Vegas, Nevada 89102    jpitegoff@yandex.com
Tel: (702) 878-6000    *Attorney for Defendant*
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

### **ORDER**

IT IS HEREBY ORDERED the parties have until February 28, 2018 to file a Stipulation for Dismissal, and this matter is stayed until then.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 16, 2018

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 15th day of February, 2018, I served the foregoing **STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS [SECOND REQUEST]** on counsel as follows:

E-Service pursuant to LR 5-4:

Jeffrey I. Pitegoff, Esq.
Nevada State Bar No. 5458
PITEGOFF LAW OFFICE INC.
7765 W. Rosada Way
Las Vegas, Nevada 89149
Tel: (702) 808-7976
jpitegoff@yandex.com
*Attorney for Defendant University Medical Center*

  /s/ Kristina Miletovic
Employee of the Law Office of Dan M. Winder P.C.