JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
PITEGOFF LAW OFFICE INC.
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Telephone No.: (702) 808-7976
jpitegoff@yandex.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRCIA KENNEDY, an individual

    Plaintiff,

vs.

UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a UMC, a political subdivision of Nevada; DOUG SPRING, in his official capacity as Director of Human Resources at UMC; Glen MACINTYRE, individually and in his official capacity as Director of Risk Management at UMC; STEVE WINKLE, individually and in his official capacity as Licensed Clinical Social Worker at UMC; DOES I-V; ROES VI-X.

    Defendants.

CASE NO: 2:14-cv-01678-RFB-PAL

**Stipulation and Order for Dismissal**

    Defendant UNIVERSITY MEDICAL CENTER and STEVE WINKLE (hereinafter "UMC"), by and through its attorney, Jeffrey I. Pitegoff, Esq. of PITEGOFF LAW OFFICE, and Plaintiff, PATRICIA KENNEDY, by and through her attorney, Kristina Miletovic, Esq., stipulate that this case be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

*///*

1

Dated this 21st Day of February, 2018.

**PITEGOFF LAW OFFICE INC.**

_Jeffrey I. Pitegoff_
JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
330 E. Charleston Blvd, Suite 100
Las Vegas, NV 89104
Tel: 702-808-7976
*Attorney for Defendants*

Dated this 21st Day of February, 2018

/s/Kristina Miletovic
Kristina Miletovic
Law Office of Dan M. Winder, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 878-6000
*Attorney for Plaintiff*

IT IS SO ORDERED:

DATED this __22nd__ day of February, 2018.

_____.
RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of PITEGOFF LAW OFFICE INC., and that on this day, I personally served a true and correct copy of the attached by:

[ ]  U.S. Mail

[ x ]  CM-ECF Electronic filing system

[ ]  Facsimile Transmission

[ ]  Personal Service

Addressed to the following:

**LAW OFFICES OF DAN M. WINDER, PC**
Dan M. Winder, Esq.
Kristina Miletovic, Esq.
3507 W. Charleston Boulevard
Las Vegas, NV  89102
*Attorneys for Plaintiff*

Dated this 21st day of February, 2018.

        */s/*     Jeffrey I. Pitegoff
        An Employee of PITEGOFF LAW OFFICE INC.